UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. JEFFERY M. GOLD, M.D.,

   Plaintiff,

v.

Case No. 22-cv-10699
Hon. Matthew F. Leitman

MICHIGAN KIDNEY CONSULTANTS, P.C., *et al.*,

   Defendants.
_____/

### ORDER (1) STAYING ALL DISCOVERY UNTIL FURTHER ORDER OF THE COURT AND (2) TERMINATING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (ECF No. 18) WITHOUT PREJUDICE AS MOOT

**IT IS HEREBY ORDERED** that all discovery in this action is **STAYED** until further order of the Court.  In light of this order, which the Court enters *sua sponte*, Defendants' motion for a protective order (ECF No. 18) is **TERMINATED WITHOUT PREJUDICE AS MOOT**.

Dated: June 7, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126