UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DR. JEFFREY M. GOLD, M.D.,**

    Plaintiff,

vs.                                                                 Case No: 22-cv-10699
                                                                 Hon.   Matthew F. Leitman
**MICHIGAN KIDNEY CONSULTANTS, P.C.**,  Mag. Elizabeth A. Stafford
*a domestic professional corporation*, **FAHD AL-SAGHIR, M.D.**,
*an individual,* **FAWAZ AL-EJEL, M.D.**, *an individual,*
**GHADEER HANNOUDI, M.D.**, *an individual,*
**KALYANA RAMAMURTHI, M.D.**, *an individual,*
**SUNDEEP DHILLON, M.D.**, *an individual,*
**STEVE RANKIN, M.D.**, *an individual,*
and **PITI RATANAPANICHKICH, M.D**., *an individual,*
*jointly and severally,*

    Defendants.

| **DEBORAH GORDON LAW** | **WOLFSON BOLTON PLLC** |
|---|---|
| Deborah L. Gordon (P27058) | Anthony J. Kochis (P72020) |
| Elizabeth Marzotto Taylor (P82061) | Attorney for Defendants |
| Sarah Gordon Thomas (P83935) | 3150 Livernois, Suite 275 |
| Molly Savage (P84472) | Troy, Michigan 48083 |
| Attorneys for Plaintiff | (248) 247-7105 |
| 33 Bloomfield Hills Parkway, Suite 220 | akochis@wolfsonbolton.com |
| Bloomfield Hills, Michigan 48304 | |
| (248) 258-2500 | **BENESCH LAW** |
| dgordon@deborahgordonlaw.com | Margo Wolf O'Donnell (Ohio #6225758) |
| emarzottotaylor@deborahgordonlaw.com | Jordan Call (Ohio #0096040) |
| sthomas@deborahgordonlaw.com | Attorneys for Defendants |
| msavage@deborahgordonlaw.com | 71 S. Wacker Drive, Suite 1600 |
| | Chicago, Illinois 60606 |
| | (312) 212-4982 |
| | (216) 363-6169 |
| | modonnell@beneschlaw.com |
| | jcall@beneschlaw.com |

**<u>PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO FILE A RESPONSE
THAT EXCEEDS PAGE LIMIT</u>**

Plaintiff Dr. Jeffrey M. Gold, M.D., through his attorneys **Deborah Gordon Law,** hereby requests leave to file his Response to Defendants' Motion to Dismiss Plaintiff's Complaint, which exceeds the 25-page limit set in LR 7.1 (d)(3)(A).

Plaintiff seeks to file a Response that is 27 pages in length. Plaintiff has made a good faith effort to reduce the length of his Brief without sacrificing clarity, and while still adequately addressing the complex factual scenario of this case and the instant dispute, as well as responding to the Defendants' legal arguments.

For these reasons, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to File a Response that Exceeds Page Limit.

| | |
|---|---|
| Dated: August 23, 2022 | **DEBORAH GORDON LAW** |
| | /s/Deborah L. Gordon (P27058) |
| | Elizabeth Marzotto Taylor (P82061) |
| | Sarah Gordon Thomas (P83935) |
| | Molly Savage (P84472) |
| | Attorneys for Plaintiff |
| | 33 Bloomfield Hills Parkway, Suite 220 |
| | Bloomfield Hills, Michigan 48304 |
| | (248) 258-2500 |
| | dgordon@deborahgordonlaw.com |
| | emarzottotaylor@deborahgordonlaw.com |
| | sthomas@deborahgordonlaw.com |
| | msavage@deborahgordonlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**

/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com
