UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. JEFFREY M. GOLD, M.D.

      Plaintiff,　　　　　　　　　　　　　　　Case No. 22-cv-10699
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

MICHIGAN KIDNEY
CONSULTANTS, P.C., et al.,

      Defendants.
_____/

## ORDER REINSTATING DATES ON CASE MANAGEMENT ORDER

On February 9, 2023, the Court entered a Case Management Order in this action. (See Order, ECF No. 35.) Three days later, on February 10, 2023, the Court entered a text order suspending the dates on the Case Management Order. The Court suspended those dates based upon its belief that the parties had agreed to pursue facilitation while the dates were suspended. The Court was thereafter informed that its belief was mistaken. While the parties have agreed to pursue facilitation, there is not a joint agreement to suspend the dates on the Case Management Order while the facilitation process is under way. Therefore, the Court will **REINSTATE** the dates from the Case Management Order, and the parties are directed to comply with all dates and deadlines in that order.

    **IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: February 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
